No. 05–6521. MILLER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05–6522. CRUM v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 05–6532. WORD v. PEREZ, SUPERINTENDENT, BEDFORD HILLS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–6535. HILL v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–6540. MCNEIL v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES. Ct. App. D. C. Certiorari denied.

No. 05–6545. TAYLOR v. CARROLL, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6548. CLEMENTS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 05–6559. DEYOUNG v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–6561. MCGEE v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 05–6572. LEAKE v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 05–6579. CUNNINGHAM v. BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 05–6584. THOMAS v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6585. HEIN QUOC THAI v. MAPES, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–6592. DUTKIEWICZ ET UX. v. RAINBOW IN A TEAR WORKSHOPS, LLC, ET AL. C. A. 2d Cir. Certiorari denied.